## HARRISON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 8, September Term, 1961 (Adv.).]

*Decided June 23, 1961.*

Before BRUNE, C. J., and HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

For the reasons stated in the opinion of Judge Oppenheimer filed in the lower court, the application of Jack James Harrison for leave to appeal from the order denying him post conviction relief from his imprisonment for armed robbery is hereby denied.

*Application denied.*